AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  CALIFORNIA

**APPEARANCE**

Case Number: 07MJ2301-01

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

STEPHEN FRANCIS RHETT

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/27/2007 | s/ MICHELLE BETANCOURT |
| Date | Signature |
| | Michelle Betancourt / Federal Defenders of S    215035 |
| | Print Name                                       Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA 92101 |
| | City                State                Zip Code |
| | (619) 234-8467            (619) 687-2666 |
| | Phone Number                              Fax Number |