FILED

2007 OCT 30 AM 11: 23

[clerk stamp]

BY _____ ᴅᴏ _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

'07 CR 2956 LAB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>STEPHEN FRANCIS RHETT (1),<br>JANET BERNICE FORBES (2),<br><br>    Defendants. | Criminal Case No. _____<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana With Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |

The grand jury charges:

### Count 1

On or about September 23, 2007, within the Southern District of California, defendants STEPHEN FRANCIS RHETT and JANET BERNICE FORBES did knowingly and intentionally import 100 kilograms and more, to wit: approximately 508.10 kilograms (1117.82 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

//

//

//

DDL:San Diego
10/29/07

<u>Count 2</u>

On or about September 23, 2007, within the Southern District of California, defendants STEPHEN FRANCIS RHETT and JANET BERNICE FORBES did knowingly and intentionally possess, with intent to distribute, 100 kilograms and more, to wit: approximately 508.10 kilograms (1117.82 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: October 30, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DAVID D. LESHNER
Assistant U.S. Attorney

2