| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | Lawrence A. Casper |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 235110 |
|   | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7455/(619)557-6741 (Fax) |
|   | E-mail: Lawrence.Casper@usdoj.gov |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| 10 | UNITED STATES OF AMERICA, | ) | Criminal Case No. 07cr2956-LAB |
|    |                            | ) | |
| 11 |              Plaintiff,    | ) | NOTICE OF APPEARANCE |
|    |                            | ) | |
| 12 |     v.                     | ) | |
|    |                            | ) | |
| 13 | STEPHEN FRANCIS RHETT (1), | ) | |
|    | JANET BERNICE FORBES (2),  | ) | |
| 14 |                            | ) | |
|    |              Defendants.   | ) | |
| 15 | | | |

16

17  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

18   I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

19   I certify that I am admitted to practice in this court or authorized to practice under CivLR
83.3.c.3-4.

20

21   The following government attorneys (who are admitted to practice in this court or authorized
to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

22

23  counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to
activity in this case:

24

25   <u>Name</u> (If none, enter "None" below)

26

27

28

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u> (If none, enter "None" below)

David D. Leshner

David.leshner@usdoj.gov

Please call me if you have any questions about this notice.

DATED: November 6, 2007

                                Respectfully submitted,

                                KAREN P. HEWITT
                                United States Attorney

                                s/Lawrence A. Casper
                                _____
                                LAWRENCE A. CASPER
                                Assistant United States Attorney
                                Attorneys for Plaintiff
                                United States of America
                                Email: Lawrence.Casper@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07cr2956-LAB |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| STEPHEN FRANCIS RHETT (1), <br> JANET BERNICE FORBES (2), | ) ) ) | |
| Defendants. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, LAWRENCE A. CASPER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of Notice of Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Michelle Betancourt
   Michelle_betancourt@fd.org

2. Marc Xavier Carlos
   mxlos@aol.com

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

1. N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 6, 2007.

s/Lawrence A. Casper
LAWRENCE A. CASPER

Notice of Appearance
United States v. Stephen Francis Rhett            3            07cr2956-LAB