1  **MICHELLE BETANCOURT**
   California State Bar No. 215035
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  michelle_betancourt@fd.org

5  Attorneys for Mr. Rhett

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

10  **(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 07CR2956-LAB |
| Plaintiff, ) | Date: December 10, 2007 |
| ) | Time: 12:00 p.m. |
| v. ) | |
| ) | **NOTICE OF MOTIONS AND** |
| STEPHEN FRANCIS RHETT, ) | **MOTIONS TO:** |
| ) | |
| Defendant. ) | **(1) DISMISS THE INDICTMENT DUE TO MISINSTRUCTION OF THE GRAND JURY;** |
| ) | **(2) SUPPRESS STATEMENTS;** |
| ) | **(3) PRESERVE AND INSPECT EVIDENCE;** |
| ) | **(4) COMPEL DISCOVERY; AND** |
| ) | **(5) GRANT LEAVE TO FILE FURTHER MOTIONS** |

20  TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
         LAWRENCE A. CASPER, ASSISTANT UNITED STATES ATTORNEY:

22  **PLEASE TAKE NOTICE** that, on December 10, 2007, at 12:00 a.m., or as soon thereafter as

23  counsel may be heard, the accused, Stephen Francis Rhett, by and through his attorneys, Michelle Betancourt

24  and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions outlined

25  below.

26  //

27  //

28  //

## MOTIONS

Defendant, Mr. Rhett, by and through his attorneys, Michelle Betancourt and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

(1) Dismiss the Indictment Due to Misinstruction of the Grand Jury;
(2) Suppress Statements;
(3) Preserve and Inspect Evidence;
(4) Compel Discovery; and
(5) Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at or before the time of the hearing on these motions.

Respectfully submitted,

DATED: November 19, 2007

*/s/ Michelle Betancourt*
**MICHELLE BETANCOURT**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Rhett
E-mail: michelle_betancourt@fd.org