1  **MICHELLE BETANCOURT**
   California State Bar No. 215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467 Ext. 3737
4  Facsimile:   (619) 687-2666
   michelle_betancourt@fd.org
5
6  Attorneys for Defendant
7
8                      UNITED STATES DISTRICT COURT
9                     SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,    )   Case No. 07cr2956-LAB
                                )
12         Plaintiff,            )
                                )
13 v.                            )   PROOF OF SERVICE
                                )
14 **STEPHEN FRANCIS RHETT**,    )
                                )
15         Defendant.            )
                                )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the

18 best of her information and belief, and that a copy of the foregoing document has been served via

19 CM/ECF this day upon:

20         Marc X.Carlos
           mxlos@aol.com;and
21
           Lawrence Casper
22         U S Attorney CR
           Lawrence.Casper@usdoj.gov; Efile.dkt.gc2@usdoj.gov
23

24 Dated:      November 19, 2007          *s/ Michelle Betancourt*
                                          MICHELLE BETANCOURT
25                                        Federal Defenders
                                          225 Broadway, Suite 900
26                                        San Diego, CA 92101-5030
                                          (619) 234-8467 (tel)
27                                        (619) 687-2666 (fax)
                                          e-mail: michelle_betancourt@fd.org
28