UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR2956-LAB |
| Plaintiff, ) | |
| v. ) | **ORDER TO PRESERVE AND INSPECT EVIDENCE** |
| **STEPHEN FRANCIS RHETT**, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the United States government and its agents make available to the defense attorney and her agents, for examination and photographing the firearms and the vehicle seized in the above-captioned case, along with evidence found within the vehicle or on Mr. Rhett's person. The government and its agents are further ordered to preserve the firearms, vehicle, and all evidence seized incident to the defendant's arrest, and items seized from the vehicle, until further order from this Court. The government is further ordered to preserve any radio transmissions and surveillance videos made at or near the time of the arrest in this case.

**IT IS SO ORDERED.**

DATED: _____          _____
                                   **HONORABLE LARRY A. BURNS**
                                   United States District Court Judge

cc:    Immigration & Customs Enforcement, FP&F