1  **MICHELLE BETANCOURT**
   California State Bar No. 215035
2  **CANDIS MITCHELL**
   California State Bar No. 242797
3  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
4  San Diego, California 92101-5008
   Tel: (619) 234-8467 / Fax: (619) 687-2666
5  candis_mitchell@fd.org

6  Attorneys for Mr. Rhett

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 07CR2956-LAB |
| Plaintiff, | DATE: January 2, 2008 |
| | TIME: 2:00 p.m. |
| v. | |
| **STEPHEN FRANCIS RHETT**, | NOTICE OF MOTIONS AND MOTIONS *IN LIMINE* TO: |
| Defendant. | 1) PRECLUDE EVIDENCE UNDER 404(B) AND 609; |
| | 2) GRANT ATTORNEY CONDUCTED VOIR DIRE; |
| | 3) EXCLUDE 403 EVIDENCE; |
| | 4) PRECLUDE TESTIMONY FROM EXPERTS WITHOUT NOTICE; |
| | 5) PROHIBIT STREET VALUE TESTIMONY; |
| | 6) EXCLUDE EVIDENCE OF STRUCTURE; |
| | 7) PRECLUDE MARIJUANA FROM COURTROOM; |
| | 8) ORDER PRODUCTION OF SUPPLEMENTAL REPORTS AND TECS; |
| | 9) COMPEL THE GOVERNMENT TO ESTABLISH CHAIN OF CUSTODY; AND, |
| | 10) PRECLUDE DOCUMENTS AND OTHER EVIDENCE OF POVERTY. |

TO:   KAREN HEWITT, UNITED STATES ATTORNEY, and
      LAWRENCE A. CASPER, ASSISTANT UNITED STATES ATTORNEY

1  **PLEASE TAKE NOTICE** that, on January 2, 2008, at 2:00 p.m., or as soon thereafter as counsel may be
2  heard, the accused, Stephen Francis Rhett, by and through his attorneys, Michelle Betancourt, Candis
3  Mitchell, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions
4  outlined below.

## MOTIONS

Stephen Francis Rhett, by and through his counsel, Michelle Betancourt, Candis Mitchell, and Federal Defenders of  San Diego, Inc., brings these motions *in limine* and other trial motions to:

1) Preclude Evidence under 404(b) and 609;
2) Grant Attorney Conducted Voir Dire;
3) Exclude 403 Evidence;
4) Preclude Testimony from Experts Without Notice;
5) Prohibit Street Value Testimony;
6) Exclude Evidence of Structure ;
7) Preclude Marijuana from Courtroom;
8) Order Production of Supplemental Reports and TECS;
9) Compel the Government to Establish Chain of Custody; And,
10) Preclude Documents and other Evidence of Poverty.

Mr. Rhett brings this motion pursuant to the Fourth, Fifth and Sixth Amendments to the United States Constitution, Fed. R. Crim. P. 12, 16 and 26, and all other applicable statutes, case law and local rules. This motion is based on the previously submitted statement of facts and memorandum of points and authorities.

Respectfully submitted,

Dated: December 19, 2007

s/ *Candis Mitchell*
**CANDIS MITCHELL**
**MICHELLE BETANCOURT**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Rhett
candis_mitchell@fd.org