# EXHIBIT A
Letter from Mr. Rhett

FORM AF - PUBLISH

NOTE: READ THE ATTACHED NOTICE OF SEIZURE AND INFORMATION FOR CLAIMANTS BEFORE YOU FILL OUT THIS FORM. <u>THIS FORM MUST BE COMPLETED AND RETURNED WITH YOUR PETITION OR OFFER.</u> IF YOU DO NOT COMPLETE AND RETURN THIS FORM, WE SHALL PROCEED TO FORFEIT THE PROPERTY ADMINISTRATIVELY, REGARDLESS OF WHETHER YOU FILE A PETITION OR OFFER.

TO: FINES, PENALTIES AND FORFEITURES OFFICER:

I understand that property in which I have an interest has been seized by U.S. Customs and Border Protection, under Case No. ~~[redacted]~~

Check ONLY ONE (1) of the following choices:

[✓] **I REQUEST THAT U.S. CUSTOMS AND BORDER PROTECTION CONSIDER MY PETITION OR OFFER ADMINISTRATIVELY.** That document is attached. By making this request, I understand that I am giving up my right to (1) begin administrative forfeiture proceedings immediately, as provided under title 19, United States Code (U.S.C.), section 1607 and title 19, Code of Federal Regulations (CFR), section 162.45, or (2) immediate referral to the U.S. Attorney for court action, as provided by 19 U.S.C. 1608 and 19 CFR 162.47. If administrative forfeiture has begun, it will be stopped until my petition or offer is considered. However, I understand that *at any time* I can request, in writing, that you begin administrative forfeiture proceedings, and you will continue to consider my petition or offer. I also understand that *at any time* I can file a claim and cost bond with you and U.S. Customs and Border Protections consideration of my petition or offer will stop and the case will be sent to the U.S. Attorney for court action.

[ ] **I REQUEST THAT U.S. CUSTOMS AND BORDER PROTECTION BEGIN ADMINISTRATIVE PROCEEDINGS TO FORFEIT THE PROPERTY.** Please immediately begin publication of the notice of seizure and intent to forfeiture, and consider my petition or offer, if any. I understand that within twenty (20) days of the first publication of the notice, I can request that you send the case to the U.S. Attorney for court action.

[ ] **I ABANDON THE PROPERTY AND I REQUEST THAT U.S. CUSTOMS AND BORDER PROTECTION BEGIN ADMINISTRATIVE PROCEEDINGS TO FORFEIT THE PROPERTY.** Please immediately begin publication of the notice of seizure and intent to forfeit. I abandon any claim or interest in the property.

[ ] **I REQUEST THAT U.S. CUSTOMS AND BORDER PROTECTION SEND MY CASE FOR COURT ACTION.** Please immediately send the case to the U.S. Attorney for a court decision. I am filing/will file a claim and cost bond with you.

_Stephen R. Rhett_       _10-14-07_
Signature                               Date

Non-CAFRA

RECEIVED
FP & F
OCT-16 2007
CBP
San Diego

73

Inmate's Name STEPHEN KNETT
Register Number 05196208
Housing Unit 6-7
*Metropolitan Correctional Center*
*808 Union Street*
*San Diego, California 92101*

ATTEN:
LAWRENCE A.
FANNING

℅ U.S. CUSTOMS AND
BORDER PROTECTION
9495 CUSTOMHOUSE PLAZA
Room 322
SAN DIEGO, CA. 92154

92154176631 R018

74

STEPHEN RHETT
#05146298
G-7
MCC
808 UNION ST.
SAN DIEGO CA. 92101

TO: LAWRENCE A. FANNING - FINES, PENALTIES, & FORFEITURES OFFICER OF THE U.S. CUSTOMS AND BORDER PROTECTION.

THE FOLLOWING IS A PETITION, AND REQUEST:

(1) I PETITION THE GOVERNMENT, AND REQUEST THE RELEASE OF THE SEIZED PROPERTY TO ME, AND THE CANCELLATION OF ANY PENALTY(S), AND LIABILITY.

(2) I REQUEST THE RETRIEVEL OF MY PERSONAL EFFECTS IN YOUR POSSESSION AS RESULT OF SEIZURE.

(3) I REQUEST AN INFORMAL CONFERENCE WITH THE FINES, PENALITIES & FORFETURES OFFICER, OR ONE OF HIS DESIGNATED EMPLOYEES.

(4) DUE TO THE FACT OF MY FINANCIAL INABILITY TO PAY THE BOND OF SEIZED PROPERTY IN THIS CASE, I ASK IT TO BE WAIVED.

* IN MY INTEREST OF THE FACTS AVAILABLE TO U.S. CUSTOMS AND BORDER PROTECTION, I SUBIT TO YOU THESE REQUEST, AND PETITION FOR CONSIDERATION.

75

Dear Mr. Fanning,

This is a very dark time in my life right now, and I could use all the help I can muster up. Without getting to deep into my legal situation, and I also realize you are a busy man. I seek your help in this complex matter. It seems my trusting heart has once more got me into trouble. I have read, and reread the papers your office has sent me. I have done my best to understand, and complete the forms. Hopefully I have my ducks in a row. Yes - I would like to have the seized property back with my personal effects. I would consider the truck, and the trailer as payment from the lying, deceitful rats that I have to suffer for. I realize I'm not the brightest color in the crayon box, just a man that wants to do good in a ugly world. I owe my country an apology. It was not my intent to break the law. It wasn't meant to turn out that way. I was used and I feel stupid for it. If I am granted possession of the truck, and the trailer - I'm sure I can put it to a much more positive use than those lying, deceitful rats. Like starting my own business as I have always wanted. This could give me a nice jump start. I am 54 years old and realize that this could be my last chance to make a better, and more

7b

comfortable life for me, and my family.

    I am a good man. Sometimes to good for my own good. Now you know were I would like to go with this. Please review the paper work and see if it is correct, and in order. Feel free to make positive changes. This legal jargon is way over my head. I'm just a simple country boy from Texas.

    Thank-you for your time.

With regards,

Stephen Rhett

77