**CANDIS MITCHELL**
California State Bar No. 242797
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3717
Facsimile: (619) 687-2666
candis_mitchell@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07cr2956-LAB |
| Plaintiff, ) | |
| v. ) | PROOF OF SERVICE |
| **STEPHEN FRANCIS RHETT**, ) | |
| Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

  Marc X.Carlos
  mxlos@aol.com;and

  Lawrence Casper
  U S Attorney CR
  Lawrence.Casper@usdoj.gov; Efile.dkt.gc2@usdoj.gov

Dated: December 19, 2007       *s/ Candis Mitchell*
                               CANDIS MITCHELL
                               Federal Defenders
                               225 Broadway, Suite 900
                               San Diego, CA 92101-5030
                               (619) 234-8467 (tel)
                               (619) 687-2666 (fax)
                               e-mail: candis_mitchell@fd.org