**CANDIS MITCHELL**
California State Bar No. 242797
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3717
Facsimile:   (619) 687-2666
candis_mitchell@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,               ) | Case No. 07cr2956-LAB |
|                                        ) |  |
| Plaintiff,        ) |  |
|                                        ) |  |
| v.                                     ) | PROOF OF SERVICE |
|                                        ) |  |
| **STEPHEN FRANCIS RHETT**,             ) |  |
|                                        ) |  |
| Defendant.        ) |  |
|                                        ) |  |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

      Marc X.Carlos
      mxlos@aol.com;and

      Lawrence Casper
      U S Attorney CR
      Lawrence.Casper@usdoj.gov; Efile.dkt.gc2@usdoj.gov

Dated:     January 4, 2008                      *s/ Candis Mitchell*
                                                          CANDIS MITCHELL
                                                          Federal Defenders
                                                          225 Broadway, Suite 900
                                                          San Diego, CA 92101-5030
                                                          (619) 234-8467  (tel)
                                                          (619) 687-2666  (fax)
                                                          e-mail: candis_mitchell@fd.org