1 **CANDIS MITCHELL**
California State Bar No. 242797
2 **MICHELLE BETANCOURT**
California State Bar No. 215035
3 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
4 San Diego, California 92101-5008
Tel: (619) 234-8467 / Fax: (619) 687-2666
5 candis_mitchell@fd.org

6 Attorneys for Mr. Rhett

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 07CR2956-LAB |
| Plaintiff, | DATE: January 7, 2008<br>TIME: 2:30 p.m. |
| v. | |
| **STEPHEN FRANCIS RHETT**, | NOTICE OF MOTIONS AND MOTIONS *IN LIMINE* TO: |
| Defendant. | 1) SUPPRESS EVIDENCE SEIZED PURSUANT TO THE SEARCH WARRANT. |

TO:   KAREN HEWITT, UNITED STATES ATTORNEY, and
         LAWRENCE A. CASPER, ASSISTANT UNITED STATES ATTORNEY

**PLEASE TAKE NOTICE** that, on January 7, 2008, at 2:30 p.m., or as soon thereafter as counsel may be heard, the accused, Stephen Francis Rhett, by and through his attorneys, Michelle Betancourt, Candis Mitchell, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions *in limine* outlined below.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**MOTIONS**

Stephen Francis Rhett, by and through his counsel, Michelle Betancourt, Candis Mitchell, and Federal Defenders of San Diego, Inc., brings these motions *in limine* and other trial motions to:

1)  Suppress Evidence Seized Pursuant to the Search Warrant.

Mr. Rhett brings this motion pursuant to the Fourth, Fifth and Sixth Amendments to the United States Constitution, Fed. R. Crim. P. 12, 16 and 26, and all other applicable statutes, case law and local rules. This motion is based on the previously submitted statement of facts and memorandum of points and authorities.

Respectfully submitted,

Dated: January 4, 2008

s/ *Candis Mitchell*
**CANDIS MITCHELL**
**MICHELLE BETANCOURT**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Rhett
candis_mitchell@fd.org