**MICHELLE BETANCOURT**
California Bar No. 215035
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 ext. 3737
michelle_betancourt@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 07CR2956-LAB |
| Plaintiff, ) | |
| v. ) | |
| STEPHEN FRANCIS RHETT, ) | APPLICATION FOR AN ORDER AUTHORIZING DEFENSE TO BRING |
| Defendant. ) | ELECTRONIC EQUIPMENT TO COURTROOM |

Defense counsel received a digital recording of the defendant's statement. Defense counsel anticipates using the recording during trial. Therefore, counsel requests the instant Application for an Order to allow defense counsel to bring in the necessary electronic equipment into the courtroom.

Respectfully submitted,

s/*Michelle Betancourt*

Date: January 8, 2007        **MICHELLE BETANCOURT**
Federal Defenders of San Diego, Inc.
Attorneys for Defendant

07CR2956-LAB