KAREN P. HEWITT
United States Attorney
Lawrence A. Casper
Assistant U.S. Attorney
California State Bar No. 235110
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7455

Attorneys for Plaintiff
United States of America

FILED

2008 JAN -8 PH 2: 57

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE Larry A. Burns)

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07cr2956-LAB |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **NOTICE OF NON-COMPLIANCE** |
| STEPHEN FRANCIS RHETT, ) | |
| Defendant. ) | |

Plaintiff, United States of America, was unable to file electronically due to the United States Attorney's Office Internet system being down.

DATED: January 7, 2008                Respectfully submitted,

KAREN P. HEWITT
United States Attorney

LAWRENCE A. CASPER
Assistant United States Attorney