**FILED**

JAN - 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 07CR2956-LAB |
| Plaintiff, | ) | |
| v. | ) | |
| STEPHEN FRANCIS RHETT, | ) | |
| Defendant. | ) | **ORDER TO ALLOW DEFENSE COUNSEL TO BRING ELECTRONIC EQUIPMENT TO COURTROOM** |

**IT IS HEREBY ORDERED**, good cause having been shown, that counsel for Mr. Rhett, or employees of the Federal Defenders of San Diego, Inc., may bring electronic equipment to Courtroom 9 for trial in the above-captioned case.

Dated: _1-08-08_

_Larry A. Burns_

**HONORABLE LARRY A. BURNS**
United States District Judge

07CR2956-LAB