## EXHIBIT LIST

### United States v. Stephen Francis Rhett
### Criminal Case No. 07CR2956-LAB

 X  Government          ___ Defense          Type of Hearing: Jury Trial

| Exhibit No. | Date Identified | Date Admitted In Evidence | Description | Witness(es) |
|---|---|---|---|---|
| 1 | 1/8/08 | 1/8/08 | Photograph - San Ysidro Port of Entry | |
| 2 | 1/8/08 | 1/8/08 | Photograph - Lane 22 San Ysidro Port of Entry | |
| 3 | 1/8/08 | 1/8/08 | Photograph - White Ford F-250 towing trailer | |
| 4 | 1/9/08 | 1/9/08 | Photograph - trailer/interior view with one floorboard pulled up | |
| 5 | 1/8/08 | 1/9/08 | Photograph - blue package with nail on floor | |
| 6 | 1/9/08 | 1/9/08 | Photograph - blue packages extending to front portion of trailer | |
| 7 | 1/9/08 | 1/9/08 | Photograph - blue packages stacked at rear of trailer | |
| 8 | 1/9/08 | 1/8/08 | California Identification card of Stephen Francis Rhett | |
| 9 | 1/8/08 | denied | Referral Slip | |
| 10 & 10A | 1/9/08 | | Value Chart Value Chart/blow up | |
| 11 | | | Incomplete Application for 1999 Ford | |
| 12 | | | Permanent Trailer ID Card for 2007 Eagle trailer | |
| 13 | 1/9/08 | 1/9/08 | Photograph - keys | |

| | 14 | 1/9/08 | 1/9/08 | Photograph - black backpack in rear seat of F-250 cabin | |
|---|---|---|---|---|---|
| ✓ | 15 | 1/9/08 | 1/9/08 | Photograph - front seat of F-250 cabin | |
| | 16 | | | Photograph - Ford F-250/rear view | |
| | 17 | | | Photograph - black backpack | |
| | 18 | | | Marijuana residue in backpack | |
| | 19 | | | Photograph - marijuana field test | |
| ✓ | 20 | 1/9/08 | 1/9/08 | Drug samples (1A-1K) | |
| | 21 | | | DEA-7 Laboratory Report | |
| | 22 | | | Black backpack | |
| | 23 | | | Cell Phone | |
| | 24 | | | | |
| | 25 | 1/9/08 | | John Tobin's Report | |
| | 26 | | | | |
| | 27 | | | | |