UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
JAN 1 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 07CR2956-LAB |
| ) | |
| vs ) | |
| ) | **V E R D I C T** |
| STEPHEN FRANCIS RHETT, ) | |
| ) | |
| Defendant. ) | |

We the jury in the above entitled cause find the defendant, STEPHEN FRANCIS RHETT,

_guilty_ of Importation of Marijuana and Aiding and Abetting as charged in Count 1 of the Indictment.

_guilty_ of Possession of Marijuana with Intent to Distribute and Aiding and Abetting in Count 2 of the Indictment.

As to Count 1, do you find beyond a reasonable doubt that the amount of marijuana was more than 100 kilograms? _We do find_

As to Count 2, do you find beyond a reasonable doubt that the amount of marijuana was more than 100 kilograms? _We do find_

_____
FOREPERSON

Date: _10 January 2008_
San Diego, California