MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## EXHIBIT LIST

USA __ VS __ Stephen F. Rhett

__ Plaintiff __ Defendant ✓ Court  Type of Hearing: Jury Trial

Case Number: 07cr2956-LAB

| NO. | IDENT. | EVID. | DESCRIPTION |
|-----|--------|-------|-------------|
| 1 | 1/9/08 | 1/9/08 | Jury note |
| 2 | 1/10/08 | 1/10/08 | jury note |

We request any and all of Officer Duff's reports. There were six (6) of them.

Jeanette M Hopkins



we have a verdict.

*Jeanette Hopkins*

