MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

____ USA _____ VS ____ Stephen F. Rhett ____
___ Plaintiff  ✓ Defendant  ___ Court   Type of Hearing: Jury Trial

Case Number: 07cr2956-LAB

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| A | 1/9/08 | | Report (Forbes interview) |
| B | 1/9/08 | | Report (Forbes interview) |
| C | 1/9/08 | JAN - 9 2008 | Registration for trailer |
| D | JAN - 9 2008 | JAN - 9 2008 | Registration for Ford 250 truck |
| E | JAN - 9 2008 | JAN - 9 2008 | Photo of trailer |
| F | JAN - 9 2008 | JAN - 9 2008 | Photo of interior of trailer |