

FILED
JUL 16 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. ______ U.S. District Court Case No. ~~07cr2956-LAB~~

Short Case Title U.S. v. Stephen Francis Rhett (Include defendant in Criminal Cases)

(Include Name of Specific Defendants in Criminal Cases)

Date Notice of Appeal Filed by Clerk of District Court ______

FILED
JUL 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**SECTION A** — To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| 12/10/07 | E. Omeick | ~~Voir Dire~~ Motion Hearing/Trial Setting |
| 1/2/08 | E. Oemick | ~~Opening Statements~~ Motions/InLimine Hearing |
| 1/7/08 | E. Oemick | ~~Settlement Instructions~~ Motion Hearing |
| 1/8/08 | E. Oemick | ~~Closing Arguments~~ Motions/Trial |
| ~~1~~9 1/9/08 | E. Oemick | Jury ~~Instructions~~ Trial |
| 1/10/08 | E. Oemick | ~~Pre-Trial Proceedings~~ Jury Trial/Verdict |
| 7/7/08 | E. Oemick | ~~Other (please specify)~~ Sentencing Hearing |

(attach additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

( ) As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

(XX) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered July 16, 2008

Type or Print Name Michelle Betancourt, Federal Defenders of San Diego, Inc.,

Signature of Attorney ______ Phone Number (619) 234-8467

Address: 225 Broadway, ste. 900 San Diego, CA 92101

AUSA: Lawrence A. Casper

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporters' transcripts.

Please note the specific instructions below. If there are further questions, contact the Clerk's Office, U.S. District Court at (619) 557-6368.

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS**

(1) Pick up form from district court clerk's office when filing the notice of appeal.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter. Contact court reporter to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.