# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    CALIFORNIA

UNITED STATES OF AMERICA,
        Plaintiff,
  v.

STEPHEN FRANCIS RHETT,
        Defendant.

**APPEARANCE**

Case Number: 07CR2956-LAB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

STEPHEN FRANCIS RHETT
I am replacing MICHELLE BETANCOURT on this case.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/1/2008 | /s/ VINCENT J. BRUNKOW |
| Date | Signature |
| | Vincent J. Brunkow / Federal Defenders of SD — 174904 |
| | Print Name — Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City   State   Zip Code |
| | (619) 234-8467   (619) 687-2666 |
| | Phone Number   Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: August 1, 2008       /s/ Vincent J. Brunkow
VINCENT J. BRUNKOW
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: Vince_Brunkow@fd.org