# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

**RECEIVED**
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
PASADENA OFFICE

AUG 27 2008

**FILED** AUG 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED _____
DOCKETED 8-27-8
DATE _____ INITIAL

To:   Clerk, U.S. Court of Appeals
      P.O. Box 193939
      San Francisco, CA 94119-3939

Re:   USCA No:   08-50319
      USDC No:   07cr2956-LAB
      USA v. Rhett

Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

|   | Copy of the Notice of Appeal |   | Docket Entries |   |   |
|---|---|---|---|---|---|
|   | Case Information/Docket Fee Payment Notification Form |   |   |   |   |
|   | Order for Time Schedule (Criminal) |   |   |   |   |
|   | Original Clerk's Record in |   | set(s) of |   | volume(s). |
|   | Reporter's transcript's transcripts in |   | set(s) of |   | volume(s). |
|   | Clerk's supplemental record in |   | set(s) of |   | volume(s). |
|   | Exhibits in |   | envelope(s) |   | box(es) | | folders(s) |
|   | Judgement Order | OR |   | F/P Order |   |
|   | CJA Form 20 | OR |   | Minute Order |   |
| ✖ | Certificate of Record | OR |   | Mandate Return |   |
|   | Amended docket fee notification form |   |   |   |   |
|   | Order Appointing Counsel for Appeal |   |   |   |   |
|   |   |   |   |   |   |
| ✖ | Please acknowledge on the enclosed copy of this transmittal |   |   |   |   |

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

Date: 8/20/2008

By: *A Rowland*
Angela Rowland, **Deputy**